FILED BY_____ MB _____D.C.

Dec 13, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-MJ-00136-SMM

UNITED STATES OF AMERICA,

v.

MAXIME AUGUSTIN,

      Defendant.

_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No.**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **No.**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **No.**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____

**Diana M. Acosta**
Assistant United States Attorney
Florida Bar No. 775185
United States Attorney's Office
101 South US Highway 1, Suite 3100
Fort Pierce, Florida 34950
Telephone: 772-466-0899
Email: Diana.Acosta@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Diana M. Acosta

## UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

FILED BY_____MB_____D.C.

Dec 13, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| Maxime Augustin, | ) |
| | ) 23-MJ-00136-SMM |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____May 20, 2022 thru July 8, 2022____ in the county of _____Saint Lucie_____ in the

____Southern____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(2) | Unauthorized Use of Access Device. |

Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____Meaghan Brown_____
Deputy Clerk
Date___Dec 13, 2023___

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeffrey J.Ahn, Special Agent, DOD-DCIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date:  December 13, 2023

_____
*Judge's signature*

City and state: ____Fort Pierce, Florida____

Shaniek Mills Maynard , U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CIMINAL COMPLAINT

I, Jeffrey J. Ahn, being duly sworn, depose and state as follows:

1.      I am a Special Agent of the United States Department of Defense, Defense Criminal Investigative Service ("DCIS") and have been so employed for approximately 2 years. I served as a Special Agent for Defense Logistics Agency Office (DLA) of the Inspector General for 11 years. I also served as a Special Agent for the United States Army Criminal Investigation Division (CID) for 14 years. As part of my duties as a Special Agent, I am authorized to investigate fraud.

2.      As a Special Agent, I have received training at the U.S. Army Military Police School for a Special Agent training. I received a DCIS Special Agent Training at the Federal Law Enforcement Training Center (FLETC). I received training for a Certified Cyber Crime Investigator at the Department of Defense Cyber Training Academy. I also received various fraud-related training at Defense Acquisition University and FLETC throughout my career. I gained experience in the investigation of criminal violations enforced by the DCIS, DLA, and CID in Title 18 of the United States Code. I am familiar with the circumstances of the offense described in this affidavit through a combination of personal knowledge of the facts; discussions with other law enforcement officials; and other investigative activities conducted and investigative materials obtained during the investigation.

3.      I submit this affidavit is in support of a criminal complaint charging Maxime AUGUSTIN (AUGUSTIN) with violating Title 18, United States Code, Section 1029(a)(2) (Unauthorized Use of Access Devices during a 1-year Period with an Aggregate Value of $1,000.00 or More.).

4.      The facts and information contained in this affidavit are based on my personal knowledge and observations, as well as information received in my official capacity from other

individuals, including other federal, state, and local law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me in this investigation. I have set forth only the facts that I believe establish probable cause.

## PROBABLE CAUSE

5.     An access device is any card, plate, code, account number, electronic serial number, mobile identification number, personal identification number or other means of account access that can used to be used, alone or in conjunction with another device, to obtain money, goods, services, or other thing of value, or that can be used to initiate a transfer of funds (other than a transfer originated solely by paper instrument).

6.     An unauthorized access device is any access device that is lost, stolen, expired, revoked, canceled, or obtained with intent to defraud.

7.     Between May 20, 2022 and July 8, 2022, AUGUSTIN used routing numbers ("RTN") XXXXX6068 and XXXXX6055 belonging to the Defense Finance and Accounting Service (DFAS), located in Columbus, Ohio, to purchase precious metals. DFAS oversees payments to Department of Defense (DoD) service members, employees, retirees, vendors, and contractors. DFAS also provides DoD decision makers with business intelligence, finance, and accounting information.

8.     A RTN is a unique nine-digit number that functions as the address for a customer's bank. It is used to facilitate electronic transactions, such as funds transfers, direct deposits, digital checks, and bill payments. RTNs XXXXX6068 and XXXXX6055 were assigned to DFAS to pay expenses involving DoD activities. DFAS RTNs are assigned to various DFAS locations to track each payment transaction. When DFAS receives a payment request from a banking institute, the

payment request routes to the appropriate DFAS location based on the assigned RTN by the U.S. Federal Reserve Bank (FRB). The assigned DFAS location checks the veracity of each payment request.

9. On July 18, 2022, DCIS received a preliminary report from DFAS that RTNs XXXXX6068 and XXXXX6055 were used to initiate fraudulent transactions by an individual identifying himself as Maxime AUGUSTIN. DFAS advised that AUGUSTIN was not a DFAS employee and was not authorized to use RTNs XXXXX6068 and XXXXX6055. Once these transactions were identified, DFAS initiated an Unauthorized Form ACH-09A for each purchase from Scottsdale Mint and Hero Bullion, distributors of precious metal products, requesting the return of the unauthorized payments. DFAS also contacted representatives from both companies to determine how the transactions had occurred.

10. On July 25, 2022, D.M., President and General Counsel of Scottsdale Mint located in Scottsdale, Arizona, provided transaction records for the purchases and attempted purchases of precious metals, coins, and various other products that were addressed to AUGUSTIN at 2094 SW Brisbane Street, Port Saint Lucie, Florida. All transactions were initiated using RTN XXXXX6068. The purchases or attempted purchases are set out in the chart below:

| Order Date | Electronic Payment Sent | Unauthorized Electronic Payment Processed | Merchandise Delivered Via Fed. Ex. | DFAS RTN |
|---|---|---|---|---|
| 5/20/2022 | $9,997.89 | Yes | Yes | XXXXX6068 |
| 5/20/2022 | $9,881.75 | Yes | Yes | XXXXX6068 |
| 5/27/2022 | $9,815.65 | Yes | Yes | XXXXX6068 |
| 6/4/2022 | $9,795.56 | Yes | Yes | XXXXX6068 |
| 6/15/2022 | $9,881.75 | Yes | Yes | XXXXX6068 |
| 6/24/2022 | $9,741.41 | No Rejected | No | XXXXX6068 |
| 7/6/2022 | $9,163.05 | No Rejected | No | XXXXX6068 |
| | Total: $68,277.06 | | | |

3

11.     D.M. advised that the customer identifying himself as AUGUSTIN ordered and paid for the products online. D.M. explained customers could use either a credit card or an e-check to pay for the products. AUGUSTIN used the e-checks option to pay for the products. D.M. advised AUGUSTIN provided phone number (323)XXX-XXXX when he completed the sales transactions online.    D.M. advised that Scottsdale Mint was defrauded of approximately $49,372.60.

12.     On September 29, 2022, N.D, Chief Financial Officer for Hero Bullion, located in Princeton, Texas, provided transaction records for the purchases and attempted purchases of precious metals, coins, and various other Hero Bullion products that were addressed to AUGUSTIN at 2094 SW Brisbane Street, Port Saint Lucie, Florida.    The transactions were initiated using RTNs XXXXX6068 and XXXXX6055. The purchases or attempted purchases are set out in the chart below:

| Order Date | Electronic Payment Sent | Unauthorized Electronic Payment Processed | Merchandise Delivered via USPS | DFAS RTN |
|---|---|---|---|---|
| 6/14/2022 | $4,694.92 | Yes | Yes | XXXXX6055 |
| 6/16/2022 | $4,922.31 | Yes | Yes | XXXXX6068 |
| 6/26/2022 | $4,787.60 | Yes | Yes | XXXXX6068 |
| 7/03/2022 | $4,762.05 | Yes | Yes | XXXXX6068 |
| 7/08/2022 | $4,599.88 | Yes | No | XXXXX6068 |
|  | Total: $23,766.76 |  |  |  |

13.     N.D. advised that the customer identifying himself as AUGUSTIN ordered and paid for the products online. ND advised customers could use either a credit card or e-check to make online purchases. AUGUSTIN used the e-check option to pay for the products. When paying with e-check online, AUGUSTIN had to provide an RTN. According to D.N., AUGUSTIN provided a copy of his social security card (Social Security Number XXX-XX-7120) and Selective

4

Service System registration to Hero Bullion to verify his identity prior to purchasing the products. D.N. advised that Hero Bullion was defrauded of approximately $9,549.65.[1]

14.     AUGUSTIN listed a Brisbane, Port Saint Lucie address when ordering the products from Scottsdale Mint and Hero Bullion for delivery. The address was verified by his Pandemic Unemployment Assistance payment records from Florida Department of Economic Opportunity. The department is responsible for promoting variable, sustainable communities by providing technical assistance, and guidance on growth and development issues, grants, and other assistance, such as assistance in unemployment and reemployment, to local communities.

15.     The Florida Driver and Vehicle Information Database (DAVID) records reveal that AUGUSTIN has a Florida Identification Card listing his date of birth as XX/XX/2001, his Social Security Number as XXX-XX-7120 and a different Port Saint Lucie, Florida address.

16.     AUGUSTIN identified his date of birth as XX/XX/2001, the same personal telephone number of 323-XXX-XXXX and the same Brisbane address on his sworn application for indigency in Florida criminal case number 22CF2859, Nineteenth Judicial Circuit, Saint Lucie County dated July 21, 2023.

17.     For the foregoing reasons, I respectfully submit that there is probable cause that Maxime AUGUSTIN from on or about May 20, 2022 through on or about July 8, 2022 knowingly used unauthorized access devices during a one year period to fraudulently obtain things of value

(INTENTIONALLY LEFT BLANK.)

---

[1] Even though DFAS requested the return of the unauthorized transfers, DFAS was unable to recover $9,617.23 of the unauthorized transfers from Hero Bullion. The combined total amount of actual loss for DFAS, Scottsdale Mint and Hero Bullion is $68,539.48.

with an aggregate value of $1,000.00 or more, in violation Title 18, United States Code, Section 1029(a)(2).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Special Agent Jeffrey J. Ahn
Department of Defense
Defense Criminal Investigative Service

Subscribed and sworn to before me, by videoconference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this __13th__ day of December, 2023.

_____
SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE

6